Robert J. Berens (Cal. Bar. No. 141647)
**MANN, BERENS & WISNER, LLP**
3300 N. Central Avenue, Suite 2400
Phoenix, Arizona  85012-2513
Tel:  (602) 258-6200
Fax:  (602) 258-6212
E-mail:  rberens@mbwlaw.com

Attorneys for Great American Insurance Company

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>            Plaintiff,<br><br>v.<br><br>GLEDSON/CASHMAN BUILDERS, INC. dba GC BUILDERS, INC., a California Corporation; EUCALYPTUS VENTURES, LLC,  a California limited liability company; EUCALYPTUS EQUITY VENTURES, LLC, a California limited liability company; ARELYG, LLC, A California limited liability company; GEORGE R. GLEDSON and NILA GLEDSON husband and wife,<br><br>            Defendants. | Case No. CV 09-09536 R (OPx)<br><br>**JUDGMENT** |

This matter came before the Court on February 28, 2011 on Plaintiff Great American Insurance Company's ("**Plaintiff**") Motion Pursuant to L.R. 37-2 Regarding Plaintiff's Request for Entry of Default Judgment or, In the Alternative, to Strike Defendants' Answers [Docket No. 74] (the "**Application for Default Judgment**"), which sought a default judgment on the Fifth Cause of Action in the First Amended

Complaint against Defendants Gledson/Cashman Builders, Inc. dba GC Builders, Inc., Eucalyptus Ventures, LLC, Eucalyptus Equity Ventures, LLC, Arelyg, LLC, George R. Gledson and Nila Gledson (collectively "**Defendants**").

Previously, on December 6, 2010, a hearing was held on Plaintiff's Motion for Summary Judgment [Docket No. 55] (the "**Summary Judgment Motion**"), which sought summary judgment on the First Cause of Action in the First Amended Complaint against Defendants Gledson/Cashman Builders, Inc. dba GC Builders, Inc., Eucalyptus Ventures, LLC, George R. Gledson and Nila Gledson (collectively The "**Indemnitors**").

The Court, having reviewed and considered the pleadings of record submitted by the parties, the statements and argument of counsel at the December 6, 2010 hearing on the Summary Judgment Motion, the statements and argument of counsel at the February 28, 2011 hearing on the Default Judgment Motion, and incorporating by reference its Uncontroverted Findings of Fact and Conclusions of Law (lodged on January 4, 2011) related to the Summary Judgment Motion separately entered of record contemporaneously herewith, finds that good cause exists for the relief requested by the Default Judgment Motion and the Summary Judgment Motion. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Summary Judgment Motion is GRANTED.  Plaintiff is awarded judgment on the First Cause of Action in the First Amended Complaint against Defendants Gledson/Cashman Builders, Inc. dba GC Builders, Inc., Eucalyptus Ventures, LLC, George R. Gledson and Nila Gledson, jointly and severally, for the following:

(a) The principal amount of Four Hundred Fifty-Eight Thousand Four Hundred Twenty-Four and 00/100 Dollars ($458,424.00);

(b) Pre-judgment interest in the amount of Thirty-Three Thousand Two Hundred Eighteen and 89/100 Dollars ($33,218.89); and

(c) Post-judgment interest on the above-stated sums at the rate of ten percent (10%) per annum until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Default Judgment Motion is GRANTED.  Plaintiff is awarded judgment on the Fifth Cause of Action in the First Amended Complaint against Defendants George and Nila Gledson, Arelyg, LLC, Eucalyptus Ventures, LLC, and Eucalyptus Equity Ventures, LLC.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the transfers of the following properties are fraudulent transfers under Cal. Civil Code § 3439.04:

(a) The property located at 5081 S. Lakewood Road, Fort Mohave, Arizona  86426, legally described as:  LOT FORTY (40), MOHAVE MESA, TRACT 1021, according to the plat thereof, recorded February 16, 1967, at Fee No. 21507, in the office of the County Recorder of Mohave County, Arizona, APN: 227-21-040C (the "**Arizona Property**"),

(b) The property located at 101 Phillips Street, Conroe, Texas  77301, legally described as: Lots Five (5), Six (6), Seven (7), Eight (8), Nine (9), and Ten (10), Block Twelve (12), AYRES ADDITION, a subdivision in Montgomery County, Texas, according to the map or plat thereof recorded in Volume 1, Page 3, of the Map Records of Montgomery County, Texas, together with all buildings and improvements now or hereafter situated.  APN:  2220-00-18500 (the "**Texas Property**"), and

(c) The property located at 11023 Eucalyptus Street, Rancho Cucamonga, CA 91730 (the "**Eucalyptus Property**");

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the transfers of the Arizona Property from Defendants George and Nila Gledson to Defendant Arelyg, LLC, the Texas Property from Defendants George and Nila Gledson to Defendant Arelyg, LLC, and the Eucalyptus Property from Defendant

Eucalyptus Ventures, LLC to Defendant Eucalyptus Equity Ventures, LLC are avoided pursuant to Cal. Civil Code § 3439.07(a)(1).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a permanent injunction is hereby issued pursuant to Cal Civil Code § 3439.07(a)(3)(A) restraining Defendants George and Nila Gledson, Arelyg, LLC, and Eucalyptus Ventures, LLC from selling, transferring, disposing and/or liening the Arizona Property, the Texas Property and the Eucalyptus Property. This injunction shall remain in full force and effect until Plaintiff has completed a foreclosure and sale of such properties or until Plaintiff consents in writing to the lifting of the injunction.

Dated: March 11, 2011 _____

                              Honorable Manuel L. Real
                              Judge, United States District Court