# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLEDSON/CASHMAN BUILDERS, INC. dba GC BUILDERS, INC., a California corporation; EUCALYPTUS VENTURES, LLC., a California limited liability company; EUCALYPTUS EQUITY VENTURES, LLC., a California limited liability company; ARELYG, LLC., a California limited liability company; GEORGE R. GLEDSON and NILA GLEDSON husband and wife,<br><br>Defendants. | **CASE NO.: 2:09-cv-09536-R-OP**<br><br>█████████████ **RENEWAL** OF JUDGMENT BY CLERK<br><br>[NO HEARING REQUIRED] |

Judgment having been entered on March 11, 2011 in favor of Judgment Creditor Great American Insurance Company ("Great American") and against Judgment-Debtors, Gledson/Cashman Builders, Inc. dba GC Builders, Inc.; Eucalyptus Ventures, LLC.; Arelyg, LLC.; George R. Gledson; and Nila Gledson, jointly and severally (collectively, "Judgment-Debtors") in the principal amount of $458,424.00, including pre-Judgment interest of $33,218.89, for a total amount of $491,642.89.

NOW, upon Application for Renewal of Judgment by Great American and upon declaration showing that Judgment-Debtors have failed to satisfy the total amount of said Judgment and are indebted to Judgment Creditor, Great American.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the money Judgment against Judgment-Debtors is renewed in the amount of $949,815.69, as follows:

a.  Principal amount of Judgment . . . . . . . . . . $458,424.00

b.  Pre-Judgment interest . . . . . . . . . . . . . . $33,218.89

c.  Interest after Judgment entered computed through March 9, 2021 at 10% accruing at $125.59 per day . . . . . . . . . . . . . . . . $458,172.80

d.  Subtotal . . . . . . . . . . . . . . . . . $949,815.69

e.  Less credits after Judgment . . . . . . . . . . . . . ($0.00)

f.  Total Renewed Judgment . . . . . . . . . . . . $949,815.69

Dated: __MARCH 9, 2021__         _Sharon Hall Brown_ Deputy Clerk
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA